## THIRD DEPARTMENT, SEPTEMBER, 1951.

### (September 12, 1951.)

∎

In the Matter of the Application of HARRY E. O'CONNOR, as Executor of EDWARD D. O'CONNOR, Deceased, for an Order Approving and Confirming the Sale of Real Property.— Motion for stay of proceedings, granted to the extent only that the purchaser is restrained from cutting timber, or waste, or disposition of property until the determination of the appeal, upon condition that the appellant perfects appeal, files and serves record and brief, and is ready for argument at the November, 1951, term of this court. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

∎

In the Matter of PAULINE CUMMINGS, Respondent, against BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF BEACHER, LAWRENCE, STOCKHOLM, HOPKINTON, MASSENA AND NORWOOD, ST. LAWRENCE COUNTY, AND BOMBAY AND DICKINSON, FRANKLIN COUNTY, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 874.]

∎

In the Matter of the Claim of EMMA G. SCHRAEDER, for Herself and for ROBERT SCHRAEDER and Another, Infants, Respondent, against MENDON VOLUNTEER FIRE Co. et al., Appellants, and Town of Mendon, Monroe County, et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 986.]

∎

In the Matter of the Claim of FRANCIS J. BENZ, Respondent, against KNIGHTS OF ST. JOHN CLUB et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument granted, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 989; 279 App. Div. 695.]

∎

ROSE NEWCOMB, as Administratrix of the Estate of CHARLES NEWCOMB, Deceased, et al., Appellants, v. CLIFTON FRINK, Respondent.— Application for an order amending the order of this court, granted July 9, 1951, to conform with section 604 of the Civil Practice Act. Application denied, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 998.]

∎

ELLEN McCARTHY, Appellant, v. JOHN EMMA, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals, denied, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 439.]